UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL A. RILEY, | ) | CASE NO. C09-1013-RSL-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL |
| ROBERT J. PALMQUIST, et al., | ) | |
| Defendants. | ) | |

Plaintiff Michael A. Riley proceeds *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights case. He seeks appointment of counsel to represent him. (Dkt. 8.) As plaintiff's complaint was only recently served, there is no response from defendants. Now, having reviewed plaintiff's request, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel at this time. *See*

ORDER DENYING PLAINTIFF'S REQUEST
FOR APPOINTMENT OF COUNSEL
PAGE -1

*Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  Accordingly, plaintiff's motion for appointment of counsel (Dkt. 8) is DENIED.

(2) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable Robert S. Lasnik.

DATED this 9th day of September, 2009.

Mary Alice Theiler
United States Magistrate Judge