# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL A. RILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT PALMQUIST,<br><br>    Defendant. | Case No. C09-1013RSL<br><br>ORDER TO SHOW CAUSE |

On August 20, 2010, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on August 24, 2010, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for November 19, 2010. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 15th day of September, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1